**The People of the State of Illinois, defendant in error, v. Esther Richman, plaintiff in error. Gen. No. 25,808.**

Decided in connection with *ante*, p. 147. Error to the Municipal Court of Chicago; the Hon. M. L. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed. Opinion filed October 5, 1921.

L. A. Sherwin, for plaintiff in error. Maclay Hoyne, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.

---

**Venita Jones, defendant in error, v. Harold R. Jones, plaintiff in error. Gen. No. 25,844.**

Suit for divorce on the ground of adultery. Cross-bill charging complainant with being addicted to the use of intoxicating liquors and with extreme and repeated cruelty. Decree for complainant. Error to the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 5, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Louis Brandes, for plaintiff in error. Short, Davis & Rust, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Alfans Masuilis, plaintiff in error. Gen. No. 25,860.**

Information for the malicious sale of an automobile which was subject to a chattel mortgage. Defendant convicted. Error to the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 5, 1921.

Frank H. Lennards, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.

---

**E. C. Stearns Company, plaintiff in error, v. Harry A. Smith, defendant in error. Gen. No. 25,872.**

Action for an instalment due under a written contract for the purchase of typewriter parts. Judgment for defendant. Error to the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and judgment here with finding of fact. Opinion filed October 5, 1921.

Bradley, Kearns & Farrell, for plaintiff in error; Thomas E. D. Bradley and Edward J. Farrell, of counsel. Robert E. Turney, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.